IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**CARLOS PRIETO-RODRIGUES,**<br>Defendant | NO. 5: 06-CR-122 (WDO)<br><br>VIOLATION:  8 U.S.C. §1326(a) and (b) |

# ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a hearing was this day held at the Initial Appearance Hearing on the government's motion seeking the defendant's pretrial detention.  Based upon the information proffered to the court by the parties and set forth in the Pretrial Services Report provided by the U. S. Probation Office,  I conclude that the following facts require the detention of the above-named defendant pending trial in this case.

### PART I - FINDINGS OF FACT

There is a serious risk that this defendant will not appear for further proceedings should he be released from custody at this time.  He is a citizen of Mexico.  He is currently in this country illegally for a second time after having been previously deported in 2001; he faces incarceration if convicted.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the information provided by the U.S. Probation Office and proffered by the government establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the appearance of defendant CARLOS PRIETO-RODRIGUES if he were to be released from custody at this time. The weight of evidence against this defendant is strong; the defendant re-entered the United States without authority after having been previously deported.  In addition, he has a record of a prior conviction, to-wit: FIRST DEGREE FORGERY, 2001, Superior Court of Putnam County, Georgia.  Most recently, he was incarcerated on a misdemeanor charge of DRIVING WHILE LICENSE WAS SUSPENDED OR REVOKED in Baldwin County, Georgia.  Upon his release from custody on this charge, he was taken into custody by the Bureau of Immigration and Customs Enforcement.

### PART III  -  DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 30th day of OCTOBER, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE